

**Signed and Filed: August 7, 2025**

_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

### UNITED STATES BANKRUPTCY COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re:                                  ) Case No. 25-30364 HLB
                                        )
GREGORY PETER MANDANIS and              ) Chapter 7
CHRISTINA ARTEMIS MANDANIS,             )
                                        )
                     Debtors.           )
_____)

### ORDER DENYING DEBTORS' MOTION TO REIMPOSE STAY

This case came before the court on August 7, 2025 for a
hearing on a motion to reimpose the automatic stay filed by
Debtors Gregory Peter Mandanis and Christina Artemis Mandanis.[1]
Appearances were as noted on the record.  The Motion drew
opposition from U.S. Bank Trust Company, N.A.[2] and Saxe Mortgage
Company.[3]  The Mandanises filed several replies.[4]  For the
reasons stated on the record, the court **ORDERS** the Motion is
**DENIED**.

### **END OF ORDER**

---

[1] Dkt. 78 (the "Motion").

[2] Dkt. 91.

[3] Dkt. 93.

[4] Dkts. 96, 101, and 102.

## Court Service List

Gregory Peter Mandanis
Christina Artemis Mandanis
3040 Dublin Drive
South San Francisco, CA 94080