United States Bankruptcy Court

Northern District of California

| | |
|---|---|
| In re: | Case No. 25-30364-HLB |
| Gregory Peter Mandanis | Chapter 7 |
| Christina Artemis Mandanis | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0971-3  User: admin  Page 1 of 3
Date Rcvd: Aug 15, 2025  Form ID: ODSC7FI  Total Noticed: 61

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gregory Peter Mandanis, Christina Artemis Mandanis, 3040 Dublin Drive, South San Francisco, CA 94080-5326 |
| 15761412 | + | Allied Trustee Services, P.O. Box 1470, Suisun City CA 94585-4470 |
| 15761419 | + | Amrit Kaur & Kunal Walia (AK Realty Group, LLC), 5424 Sunol Blvd., 10-540, Pleasanton, CA 94566-7705 |
| 15761417 | + | Andrew John Stella, 2001 Parrott Drive, Unit 1, San Mateo, CA 94402-3943 |
| 15761413 | + | Assured Lender Services, Inc., 111 Pacifica, Suite 140, Irvine CA 92618-7422 |
| 15761422 | + | Basswood Lending dba Level Up Funding, PO Box 244, Number Street, Ft. Thompson, SD 57339-0244 |
| 15756091 | | CITYHOMES EAST HOMEOWNERS ASSOCIATION, C/O ALLIED TRUSTEE SERVICES, Attn: Jeanine Ogando, 1601 RESPONSE ROAD #390, SACRAMENTO, CA 95815-5260 |
| 15761409 | + | City Homes East, PO Box 7700, San Francisco CA 94120-7700 |
| 15761410 | + | Community Assoc. Financial, 6088 Sunol Blvd., Suite 100, Pleasanton CA 94566-7850 |
| 15793927 | | Discount Plumbing Inc, 1325 Howard Ave #710, Burlingame, CA 94010-4212 |
| 15756106 | | Discount Plumbing Inc, Atn: LB, 1325 Howard Ave #710, Burlingame, CA 94010-4212 |
| 15756107 | | Drax Construction, Attn: Dara Karchgani, 4942 Harmony Way, San Jose, CA 95130-1819 |
| 15793930 | + | Family Funding Group, 1021-38th St., Attn: Erick Moreno Empire Recovery, Brooklyn, NY 11219-1863 |
| 15756100 | + | Family Funding Group, Attn: Erick Moreno Empire Recovery Solut, The Law Offices of Steven Zakharyayev, 1021 38TH ST, BROOKLYN, NY 11219-1863 |
| 15793928 | + | Flood Rescue 911, 25125 Santa Clara St #303, Hayward, CA 94544-2165 |
| 15756108 | | Flood Rescue 911, Attn: Robert Jones, 25125 Santa Clara St #303, Hayward, CA 94544-2165 |
| 15756009 | | Foreclosure Processing Services, Assured Lender Services, Inc., 111 Pacifica, Suite 140, Irvine, CA 92618-7422 |
| 15756101 | + | High Octane, Attn: Gadi Blatter, 1100 Northeast 163rd Street, North Miami Beach, FL 33162-4527 |
| 15761423 | + | Jairo Padilla and Gabby Alvarez Padilla Alvarez, 5306 Ridgeview Circle, Unit #6, El Sobrante CA 94803-3458 |
| 15761426 | + | Kidus Wondimagegnehu, 7224 Shelter Creek Lane, San Bruno CA 94066-3873 |
| 15756103 | + | Law Office of Scott I. Bassin, Attn: Scott Bassin, 14019 Southwest Freeway, Suite 301-694, Sugar Land.TX 77478-3563 |
| 15761416 | + | Law Offices of Yasha Rahimzahdeh, 500 Capitol Mall, Suite 2350, Sacramento, CA 95814-4760 |
| 15792997 | + | Martha J Simon, Law Office of Martha J Simon, 100 Pine St., Ste 1250, San Francisco, CA 94111-5235 |
| 15756104 | | RE: Guarantor Account, Sutter Health, Palo Alto Medical Foundation, PO Box 278420, Sacramento, CA 95827-8420 |
| 15756092 | | SHELTER CREEK CONDOMINIUM OWNERS ASSOCIATION, C/O ALLIED TRUSTEE SERVICES, 1601 RESPONSE ROAD #390, SACRAMENTO, CA 95815-5260 |
| 15756094 | | San Mateo County Tax Collector, PO Box 45878, San Francisco, CA 94145-0878 |
| 15756097 | + | San Mateo County Tax Collector, Attn: Sandie Arnott, PO Box 45878, San Francisco, CA 94145-0878 |
| 15761414 | + | Saxe Mortgage, 950 John Daly Blvd., Suite 200, Daly City CA 94015-3004 |
| 15756008 | + | Saxe Mortgage Company, c/o Law Office of Martha J. Simon, 100 Pine St. Suite 1250, San Francisco, CA 94111-5235 |
| 15761425 | + | Steve Hoskins, 126 East Court Lane, Foster City CA 94404-4237 |
| 15793880 | + | Steven Hoskins, 126 East Court Lane, Foster City, CA 94404-4237 |
| 15756095 | + | StoragePRO of Santa Rosa, Attn: Cathy Hepsley, Patricia Tyler, 1615 Bonanza Street, Suite 208, Box 459,, Walnut Creek, CA 94596-4530 |
| 15793879 | + | Superior Court of California, Civil Division Unlawful Detainer, 400 County Center, 1st Floor, Room A, Redwood City, CA 94063-1662 |
| 15793008 | | Superior Court of California, Small Claims Division, 400 County Center 1st Fl, Rm A, Redwood City, CA 94063 |
| 15792996 | + | Superior Court of San Mateo County, Civil Division, Wrongful Detainer, 400 County Center, Redwood City, CA 94063-1662 |
| 15757421 | | Sutter Health, Palo Alto Medical Foundation, PO Box 278420, Sacramento, CA 95827-8420 |
| 15793009 | + | Tailored Management Solutions, 2322 Bates Ave, Ste G, Concord, CA 94520-8564 |
| 15793870 | + | The Bank of New York Mellon,F/K/A The Bank of, NY as trustee for registered Holders of, c/o Chad L. Butler Tiffany & Bosco, PA, 1455 Frazee Road, Suite 820, San Diego, CA 92108-4395 |
| 15756011 | + | The Bank of New York Mellon,F/K/A The Bank of New, C/o Chad L. Butler Tiffany & Bosco, P.A., 1455 Frazee Road Suite 820, San Diego, CA 92108-4395 |
| 15756089 | | U.S. Bank Trust Company, NA, Velocity Commercial Capital, Bankruptcy Department, 2945 Townsgate, Suite #110, Westlake Village, CA 91361-5865 |
| 15756012 | + | U.S. Bank Trust Company, NA as Trustee for Velocit, Mccalla Raymer Leibert Pierce, LLP, 301 E. Ocean Boulevard Suite 1720, Long Beach, CA 90802-8813 |

| | | |
|---|---|---|
| 15793875 | + | U.S. Bank Trust Company, NA, as Trustee for Veloci, Mccalla Raymer Leibert Pierce, LLP, 301 E. Ocean Boulevard Suite 1720, Long Beach, CA 90802-8813 |
| 15761420 | + | United Automotive Repair, 108 S Linden Ave, South San Francisco CA 94080-6409 |
| 15756102 | + | United Performance Auto Repair, Attn: Peter, 108 S. Linden Ave., South San Francisco, CA 94080-6409 |
| 15761411 | + | VelocityPHH Mortgage Services, PO Box 24738, West Palm Beach FL 33416-4738 |
| 15756096 | | Vin A Fichter, J.D. Esq, Law Office of Vin A Fichter, 2060D E Avenida De Los Arboles PMB 611, Thousand Oaks, CA 91362-1376 |
| 15756007 | | Wells Fargo Home Mortgage, Attn: Florentino Fernandez, Home Preservation Specialist, MAC B6955-01B PO Box 31557, Billings, MT 59107 |
| 15756093 | | Westwood Oaks Condo Assoc., c/o Bay Area Property Services, 3021 Citrus Circle, Suite 205, Walnut Creek, CA 94598-2647 |
| 15756098 | + | ltriaVentures / Biz2Credit, Attn: Haroon Rais, One Penn Plaza, 31st Floor, New York, NY 10119-3100 |

TOTAL: 49

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: EDD.COM | Aug 16 2025 04:34:00 | CA Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Aug 16 2025 04:34:00 | CA Franchise Tax Board, Special Procedures Bankruptcy Unit, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | + | EDI: EDD.COM | Aug 16 2025 04:34:00 | Chief Tax Collection Section, Employment Development Section, P.O. Box 826203, Sacramento, CA 94230-0001 |
| cr | | Email/Text: BNCnotices@bdfgroup.com | Aug 16 2025 00:36:00 | Wells Fargo Bank, N.A., 4004 Belt Line Rd Ste. 100, Addison, TX 75001 |
| cr | + | Email/Text: RASEBN@raslg.com | Aug 16 2025 00:36:00 | The Bank of New York Mellon, c/o Robertson, Anschutz et al., 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| cr | + | Email/Text: RASEBN@raslg.com | Aug 16 2025 00:36:00 | The Bank of New York Mellon as Trustee for CWABS,, c/o Robertson, Anschutz et al., 1 Park Plaza, Suite 600, Irvine, CA 92614-5987 |
| 15756090 | | Email/Text: BKBCNMAIL@carringtonms.com | Aug 16 2025 00:36:00 | Carrington Mortgage Services, 1600 South Douglas Road, Suite 110 & 200-A, Anaheim, CA 92806 |
| 15756105 | + | EDI: CITICORP | Aug 16 2025 04:34:00 | Citibank, N.A., PO Box 790048, St. Louis, MO 63179-0048 |
| 15761421 | | Email/Text: EBN@Mohela.com | Aug 16 2025 00:36:00 | MOHELA, 633 Spirit Drive, Chesterfield, MO 63005 |
| 15756099 | + | Email/Text: c.binkowski@mantisfunding.com | Aug 16 2025 00:36:00 | Mantis Funding LLC, Attn: Eva Salguero, 2700 N Military Tri Suite 450, Boca Raton, FL 33431-1808 |
| 15793929 | + | Email/Text: PGEBankruptcy@pge.com | Aug 16 2025 00:36:00 | PG&E, Box 997300, Sacramento, CA 95899-7300 |
| 15761415 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Aug 16 2025 00:48:46 | Wells Fargo Mortgage, PO Box 51120, Los Angeles CA 90051-5420 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank Trust Company, National Association, as |
| cr | *+ | Saxe Mortgage Company, c/o Law Office of Martha J. Simon, 100 Pine St., Suite 1250, San Francisco, CA 94111-5235 |
| 15761424 | *+ | Amrit Kaur & Kunal Walia (AK Realty Group, LLC), 5424 Sunol Blvd.,10-540, Pleasanton,CA 94566-7705 |
| 15793878 | *+ | Andrew John Stella, 2001 Parrott Drive, Unit 1, San Mateo, CA 94402-3943 |

| | | |
|---|---|---|
| District/off: 0971-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Aug 15, 2025 | Form ID: ODSC7FI | Total Noticed: 61 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Coats | on behalf of Creditor The Bank of New York Mellon dacoats@raslg.com |
| Edward A. Treder | on behalf of Creditor Wells Fargo Bank  N.A. ndcaecf@BDFGroup.com |
| Fanny Zhang Wan | on behalf of Creditor U.S. Bank Trust Company  National Association, as Trustee for Velocity Commercial Capital Loan Trust 2022-2 Fanny.Wan@mccalla.com, thewanfirm@gmail.com |
| Martha J. Simon | on behalf of Creditor Saxe Mortgage Company mjs@mjsimonlaw.com  LawOfficeofMarthaJSimon@jubileebk.net |
| Office of the U.S. Trustee / SF | USTPRegion17.SF.ECF@usdoj.gov |
| Paul Mansdorf | paul@mansdorftrustee.com  Paul.Mansdorf@txitrustee.com,ecf.alert+Mansdorf@titlexi.com |

TOTAL: 6

**Form ODSC7FI**

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court (San Francisco)

| | |
|---|---|
| **In re:**<br>Gregory Peter Mandanis<br>3040 Dublin Drive<br>South San Francisco, CA 94080<br><br>Christina Artemis Mandanis<br>3040 Dublin Drive<br>South San Francisco, CA 94080<br>　　　　　　Debtor(s)<br><br>**Debtor/Joint Debtor Social Security Number(s):**<br>　xxx–xx–9758, xxx–xx–4318<br>　xxx–xx–9570 | Case Number: 25–30364 HLB 7<br>Chapter: 7 |

## DISCHARGE OF DEBTOR AND FINAL DECREE

　　　It appearing that the debtor(s) is/are entitled to a discharge, **IT IS ORDERED**:
The debtor(s) is/are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

　　　It further appears that the trustee, Paul Mansdorf in the above–entitled case has filed a report of no distribution and said Trustee has performed all other and further duties required in the administration of said estate; accordingly, it is hereby

　　　ORDERED that the chapter 7 case of the above–named debtor is closed; that the Trustee is discharged and relieved of said trust.

Dated: 8/15/25　　　　　　　　　　By the Court:

　　　　　　　　　　　　　　　　　Hannah L. Blumenstiel
　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

Doc # 111

## EXPLANATION OF BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for most taxes;
- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this case;
- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- ♦ some debts which the debtors did not properly list;
- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**